# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2541
_____

Jonathan Jones; Christopher Maxwell

*Plaintiffs - Appellants*

v.

Duane Livingston Trucking, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: May 21, 2018
Filed: May 24, 2018
[Published]

_____

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Jonathan Jones and Christopher Maxwell appeal after the district court[1] adversely granted summary judgment in their diversity action against Duane Livingston Trucking, Inc.

We conclude that summary judgment was properly granted on appellants' negligence and outrage claims. See Robinson Nursing and Rehabilitation Center, LLC v. Phillips, 519 S.W.3d 291, 302 (Ark. 2017) (discussing negligence under Arkansas law); Kiersey v. Jeffrey, 253 S.W.3d 438, 441 (Ark. 2007) (discussing outrage under Arkansas law); see also Paine v. Jefferson Nat'l Life Ins. Co., 594 F.3d 989, 992 (8th Cir. 2010) (in diversity action, state law governs issues of substantive law); Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo review of grant of summary judgment). In addition, we note that appellants did not present any meaningful legal argument regarding their purported claim for destruction of property. See Ahlberg v. Chrysler Corp., 481 F.3d 630, 638 (8th Cir. 2007) (points not meaningfully argued on appeal are waived). Accordingly, we affirm. See 8th Cir. R. 47B.

------------------------------

---

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.